IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PETROLEUM PRODUCTS, INC., et al.,

          Plaintiffs,

v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:09-cv-00425

COMMERCE AND INDUSTRY INSURANCE
COMPANY, et al.,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the court are the Rule 12(b) Motion to Dismiss by defendants AIG Consultants, Inc. and AIG Domestic Claims, Inc. [Docket 91], as well as the Motion to Convert Defendants' Motion to Motion for Summary Judgment and Rule 56(f) Motion by the plaintiffs [Docket 99]. These motions are **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:　　　May 21, 2010

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge